IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK DESPRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS DISABILITY LLC, a Massachusetts company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-11367-WGY<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rick Despres, individually, and Defendant Citizens Disability LLC, by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of this action in its entirety. The parties stipulate that Plaintiff's individual claims shall be dismissed with prejudice and ask that this matter be removed from the Court's docket. Each party shall pay his or its own costs and attorneys' fees.

June 5, 2020                                                                                   Respectfully Submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Jason Campbell, Esq.
250 First Avenue, Unit 602
Charlestown, MA 02129
Telephone: (617) 872-8652
Email: jasonrcampbell@ymail.com

*Counsel for Rick Despres*

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin, BBO# 629216
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 2860
Boston, MA 02199
Telephone: (617) 843-6800
Email: jrosin@ohaganmeyer.com

Charles K. Seyfarth (VSB No. 44530)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
Telephone: (804) 403-7137
Email: cseyfarth@ohaganmeyer.com

*Counsel for Citizens Disability, LLC*